IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>     Plaintiffs,<br><br> v.<br><br>F.E.L. SERVICES INC.<br><br>     Defendant. | Case No. 12 C 7468<br><br>Judge Der-Yeghiayan |

## Motion to Reinstate and for Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to reinstate this case and enter judgment and in support state:

1. This is an ERISA trust fund case for delinquent contributions.

2. On January 22, 2013 this case was dismissed with leave to reinstate pursuant to the settlement of the parties, Exhibit A "Agreed Order of Dismissal".

3. Pursuant to the Order, the Defendant agreed to pay $153,816.59 in partial payments, Exhibit A, ¶1. If the Defendant defaulted on the payments, the Plaintiffs retained the right to reinstate this case and enter judgment for the balance owed on the payment arrangement plus accrued interest, liquidated damages and attorney fees, ¶3.

4. The Defendant defaulted on the Order by failing to make all required payments. The Defendant paid $15,000 towards the settlement but failed to pay the balance. As a result of the default the Defendant now owes the Plaintiff $146,839.76 which represents the balance plus the accrued interest, liquidated damages and attorney fees, see declarations, Exhibits B and C.

WHEREFORE, Plaintiffs pray that this case be reinstated and that judgment be entered against the Defendant in the amount of **$146,839.76**.

>Respectively submitted,
>
>s/ DANIEL P. McANALLY
>Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312.251.9700